ORIGINAL

FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0657

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0657

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DANIEL E. NEWBY,

    Defendant and Appellant.

FILED

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Daniel E. Newby moves this Court for appointment of counsel in his appeal. As grounds, he provides that he was convicted of a crime for which incarceration was a possibility. Newby further states that he is financially unable to afford to retain counsel and that he meets the eligibility requirements for the appointment of counsel.

Newby appeals a December 16, 2021 Custer County District Court Memorandum and Order Regarding Motion to Dismiss. Upon review of this Memorandum and Order, the District Court convicted Newby, pursuant to a plea agreement in March 2021, and then the court sentenced Newby on July 9, 2021, to the Montana State Prison. Newby's motion is considered a postconviction motion.

There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA.

Newby is not entitled to the appointment of counsel in this appeal. Newby was originally convicted and sentenced last year, and any timely appeal within sixty days of the court's final judgment would entitle him to counsel's representation. Section 46-20-104, MCA; M. R. App. P. 4(5)(b)(i). Instead of appealing the final judgment, Newby moved the District Court for postconviction relief. Newby represented himself. He has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Newby's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to the Attorney General and to Daniel E. Newby along with a copy of this Court's Appellate Handbook for reference to the Montana Rules of Appellate Procedure and access to its forms.

DATED this 9th day of August, 2022.

For the Court,

By _____
                    Chief Justice